PS 8
(Rev. 12/04)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 24 2021

JAMES N. HATTEN, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT

for

**Northern District of Georgia**

U.S.A. vs. Michelle Rosa Docket No. 113E 1:18-CR-00260-LMM-CMS

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Batchelor, Krystal J., pretrial services/probation officer, presenting an official report upon the conduct of defendant Michelle Rosa, who was placed under pretrial release supervision by the Honorable Janet F. King, sitting in the court at Atlanta on the 2 date of April, 2019 under the following conditions:

**Release Conditions:**

$15,000 unsecured bond.
The defendant must not violate federal, state, or local law while on release.
The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. Section 14135a.
The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.
The defendant must appear in court as required and if convicted, must surrender as directed to serve a sentence that the court may impose.
The defendant must sign an Appearance Bond, if ordered.
Shall be supervised by the pretrial services office and follow the instructions of the supervising officer.
Maintain or actively seek employment.
Surrender any passport to supervising officer.
Obtain no passport or other travel documents in your name, another name or on behalf of third persons, including minor children.
Abide by the following restrictions on personal association, residence, travel: May not change address without permission of the Court.
Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, co-defendants or Anita Rodriguez, additional people may be added by AUSA.
Not possess a firearm, destructive device, or other dangerous weapon or ammunition, in your home, vehicle or place of employment, or upon your person.
Refrain from any excessive use of alcohol.
Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless lawfully prescribed by a licensed medical practitioner.
Report within 72 hours, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
Restrict travel to the Northern District of Georgia unless the supervising officer has approved travel in advance.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(If short, insert here. If lengthy, write on separate sheet and attach.)

On November 21, 2019, the Honorable Leigh Martin May granted the Government's motion to dismiss the Indictment number 1:18-CR-260-LMM-CMS. At this time, the defendant is requesting her passport be returned to her.

PRAYING THAT THE COURT WILL ORDER Michelle Rosa's passport be returned to her.

ORDER OF COURT

Considered and ordered this 19th day of March, 20 21 and ordered filed and made a part of the records in the above case.

Leigh Martin May

Honorable Leigh Martin May
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2021

Krystal J. Batchelor

Krystal J. Batchelor
U.S. Probation Officer

Place Atlanta, Georgia

K. Stan Tinsley

K. Stan Tinsley
Supervising U.S. Probation Officer